```
                    UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF PENNSYLVANIA
                        10613 U.S. COURTHOUSE
                       INDEPENDENCE MALL WEST
                          601 MARKET STREET
                      PHILADELPHIA, PA 19106-1797
```

September 3, 2009

**BRUCE K. WARREN**
WARREN & VULLINGS, LLP
1603 RHAWN ST.
PHILADELPHIA , PA 19111

                                    RE: Walter v. NCO Financial Systems, Inc. Civil Action No. 09-3384

Dear Mr. Warren:

       A review of the Court's records shows that a pleading has not been filed in the above captioned action in response to the complaint.

       If such a pleading is not filed by the above named defendant on or before September 11, 2009  you may file a request with the clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

       If the Request for Default is not filed by September 13, 2009  the Court will enter an order dismissing the case against the above named defendant for lack of prosecution.

                                          Very truly yours,

                                          S/Eileen Adler

                                          Eileen Adler

                                          Deputy Clerk to Judge Dalzell

**\*\*ALL EXTENSIONS OF TIME TO ANSWER COMPLAINT MUST HAVE PRIOR COURT APPROVAL.**

Civ 21 (10/82)